UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| JOHN WELLS, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 10-99-ART |
| v. | ) | |
| | ) | **JUDGMENT** |
| BOTTLING GROUP, LLC, et al., | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

1. **JUDGMENT** is entered in favor of the Defendant, Bottling Group, LLC, with respect to the plaintiff John Wells's claim for wrongful discharge. Wells's remaining negligence claim against the defendant and his claim against his coworker are **REMANDED** to the Pike Circuit Court.

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 8th day of June 2011.



**Signed By:**
*Amul R. Thapar* AT
**United States District Judge**